# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**KENNETH RAY PITTS**                                                                 **PLAINTIFF**
**ADC# 85938**

**VS.**                          **CASE NO. 5:08CV00262-JLH-BD**

**JOYCE L. MARSHALL,** *et al.*                                                    **DEFENDANTS**

## ORDER

The Court has received the Recommended Disposition from Magistrate Judge Beth Deere. The parties have not filed any objections. After careful review, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety.

Accordingly, Plaintiff's Complaint is DISMISSED without prejudice.

IT IS SO ORDERED this 25th day of November, 2008.

_____
UNITED STATES DISTRICT JUDGE